**Order entered March 5, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01148-CV

**AMVETS POST 22, Appellant**

**V.**

**AMVETS DEPT OF TEXAS FOUNDATION, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04759-E**

## ORDER

The clerk's record in this case is overdue. By postcard dated November 28, 2018, we notified the Dallas County Clerk that the clerk's record was overdue. We directed the Dallas County Clerk to file the record within thirty days. To date, the Dallas County Clerk has not filed the clerk's record nor otherwise responded to our notice.

Accordingly, we **ORDER** the Dallas County Clerk to file, within **TEN DAYS** of the date of this order, either (1) the clerk's record, or (2) written verification that appellant has not paid for or made arrangements to pay for the record. *We notify appellant that if we receive verification that it has not paid for or made arrangements to pay for the record, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order to:

John F. Warren
Dallas County Clerk

All parties.

/s/     KEN MOLBERG
         JUSTICE